CLOSED,ACO,TRADEMARK

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:22-cv-00247-JMA-AYS

Three Headed Productions Inc. et. al. v. Steer Vend Inc. et. al.  
Assigned to: Judge Joan M. Azrack  
Referred to: Magistrate Judge Anne Y. Shields  
Cause: 28:1446 Notice of Removal  

Date Filed: 01/14/2022  
Date Terminated: 05/04/2023  
Jury Demand: Both  
Nature of Suit: 840 Trademark  
Jurisdiction: Federal Question  

**Plaintiff**

**Three Headed Productions Inc.**     represented by **Jeremy M Iandolo**  
J. Iandolo Law, P.C.  
7621 13th Avenue  
Brooklyn, NY 11228  
(718) 305-1702  
Fax: (718) 395-1732  
Email: iandololaw@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Panagiota Betty Tufariello**  
Intellectulaw, The Law Offices of P.B. Tufariello, P.C.  
25 Little Harbor Road  
Mt. Sinai, NY 11766  
(631) 476-8734  
Fax: (631) 476-8737  
Email: 24yellow@optonline.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Lorito**     represented by **Jeremy M Iandolo**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Panagiota Betty Tufariello**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Canzaciti International, Inc.**     represented by **Jeremy M Iandolo**  
(See above for address)

|   |   | *LEAD ATTORNEY* |
|---|---|---|
|   |   | *ATTORNEY TO BE NOTICED* |
|   |   | **Panagiota Betty Tufariello** |
|   |   | (See above for address) |
|   |   | *LEAD ATTORNEY* |
|   |   | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| **Steer Vend Inc.** | represented by | **Aasheesh Shravah** |
|---|---|---|
| *doing business as* |   | Tarter Krinsky & Drogin LLP |
| Canz 1610 |   | 1350 Broadway |
|   |   | 11th Floor |
|   |   | New York, NY 10018 |
|   |   | (212) 216-8000 |
|   |   | Fax: (212) 216-8001 |
|   |   | Email: ashravah@tarterkrinsky.com |
|   |   | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **James Pastier** | represented by | **Aasheesh Shravah** |
|---|---|---|
|   |   | (See above for address) |
|   |   | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **Paul Pastier** | represented by | **Aasheesh Shravah** |
|---|---|---|
|   |   | (See above for address) |
|   |   | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **Victoria Linscott** | represented by | **Aasheesh Shravah** |
|---|---|---|
|   |   | (See above for address) |
|   |   | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2023 |   | ORDER DISMISSING CASE: Nothing has been filed in this action since the parties' June 16, 2022 status report. On March 1, 2023, Plaintiffs were directed to file a status report by March 8, 2023. No status report was filed. On March 13, 2023, Plaintiffs were directed to file a status report by March 17, 2023. Plaintiffs again ignored this Court's instructions. On April 14, 2023, the parties were directed to confer and file a joint status report by April 19, 2023. Plaintiffs were further warned that "failure to do so [would] result in dismissal of this action." To date, Plaintiffs have not filed anything with the Court since the June 16, 2022 joint status report. This action is accordingly dismissed for failure to prosecute. The Clerk of the Court is respectfully directed to close the case. Ordered by Judge Joan M. Azrack on 5/4/2023. (MB) (Entered: 05/04/2023) |